CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

MAR 20 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 7:07CR00006 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NYRON JOEL NICHOLS, | ) | By: Hon. Glen E. Conrad |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendant's motion for a new trial and his motion for judgment of acquittal shall be and hereby are **DENIED**.

ENTER: This 20th day of March, 2008.

/s/ Glen Conrad
United States District Judge