CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 9 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

|  |  |
|---|---|
| **NYRON NICHOLS,** | ) |
|  | ) |
|  | ) |
|  | ) **Case No. 7:11CV00084** |
| **v.** | ) **(Case No. 7:07CR00006)** |
|  | ) |
|  | ) **FINAL ORDER** |
| **WILLIAM M. SYDNOR, JR.,** | ) |
|  | ) **By: Glen E. Conrad** |
|  | ) **Chief United States District Judge** |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

as follows:

1. The clerk is **DIRECTED** to change the style of this civil action to the correct spelling of the parties' names, as follows: Nyron Nichols v. William M. Sydnor, Jr.;

2. This civil action, Case No. 7:11CV00084, is hereby **CLOSED** for administrative reasons and stricken from the active docket of the court;

3. The clerk is **DIRECTED** to docket Nichols' submission, styled as "PETITION FOR INJUNCTIVE RELIEF," as a request for copies in Case No. 7:07CR00006; and

4. Based on the probation officer's declaration submitted in Case No. 7:07CR00006 (ECF No.260), Nichols' request for copies is **GRANTED IN PART AND DENIED IN PART**.

ENTER: This 9th day of March, 2011.

_____

Chief United States District Judge