CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 05 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 7:07CR00006** |
| | ) | **(CASE NO. 7:12CV80544)** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **NYRON NICHOLS,** | ) | |
| | ) | **By: Hon. Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| **Defendant.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the government's motion to dismiss (ECF Nos. 288, 298, & 306) is **GRANTED**; the

defendant's motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, is

**DISMISSED**; his pending motions (ECF No. 277) are **DENIED**; and this action is stricken from

the active docket of the court. Based upon the court's finding that the defendant has not made

the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 5th day of March, 2015.

_____
Chief United States District Judge